# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

ANTHONY BRANDON LEEKS,  )
                        )
    Petitioner,         )
                        )
v.                      )
                        )  Case No. 4:10-cv-01720-AKK-HGD
WARDEN BILLY MITCHEM and )
THE ATTORNEY GENERAL OF )
THE STATE OF ALABAMA,   )
                        )
    Respondents.        )

## MEMORANDUM OPINION

On February 16, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 2, 2012, petitioner filed objections to the magistrate judge's report and recommendation.[1]

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the

---

[1] Petitioner sought and obtained an extension of time to May 15, 2012, to file objections to the report and recommendation. Nonetheless, petitioner filed his objections before the extended deadline.

recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE the 22nd day of March, 2012.

                                              **ABDUL K. KALLON**
                                    UNITED STATES DISTRICT JUDGE